JANUARY 4, 1939

No. 4485.— —*United States* v. *Elliot Greene & Co., Inc., et al.* Entered at New York. Reap. Dec. 4452. Motion by appellant.

JANUARY 5, 1939

No. 4486.— —*F. W. Myers & Co., Inc., et al.* v. *United States.* Entered at Rouses Point, N. Y. Reap. Dec. 4441. Motion by appellee.

## H. S. DORF & CO., INC. *v.* UNITED STATES

No. 4487.—Invoice dated Gdynia, Poland, June 5, 1936.
Entered at New York, September 19, 1936.
Entry No. 736523.

(Decided January 9, 1939)

*Barnes, Richardson & Colburn* (*Hadley S. King* of counsel) for the plaintiff.
*Webster J. Oliver*, Assistant Attorney General (*Dorothy C. Bennett*, special attorney), for the defendant.

BROWN, Judge: The issue here on conflicting evidence is a pure question of fact, no question of law being involved. The question is not easy of solution, but on the whole it is considered that the weight of the evidence leans in favor of the appraiser's action. The appraised value is accordingly affirmed.

Judgment will issue accordingly.